COOLEY LLP
MAZDA K. ANTIA (214963)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
110 N. Wacker Dr. suite 4200
Chicago, Illinois 60606-1511
Telephone: +1 312 881-6598
Facsimile: +1 312 881-6500

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MHA LONG-TERM CARE NETWORK, INC. and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 24-cv-2482-DMS-VET <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SEAL EXHIBITS TO THE DECLARATION OF AMY KARFELD IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> Judge:   Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Southern District of California Civil Local Rule 79.2 and Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California, Plaintiff MedImpact Healthcare Systems, Inc. ("MedImpact" or "Plaintiff") submits this Motion to file under seal the following documents in support of its *Ex Parte* Application For A Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction:

- Exhibit A to the Declaration of Amy Karfeld ("Karfeld Declaration")
- Exhibit B to the Karfeld Declaration
- Exhibit C to the Karfeld Declaration

Exhibits A through C form a single contractual agreement and its amendments (the "Elixir Agreement"). As detailed in the accompanying memorandum of points and authorities and the Declaration of Dave Halter filed in support of Plaintiff's *Ex Parte* Application For A Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and Motion to Seal, the Elixir Agreement contains MedImpact's confidential commercially sensitive business information, the disclosure of which would cause MedImpact harm to its competitive standing.

Plaintiff submits to the Court unredacted versions of Exhibits A through C to the Karfeld Declaration as attachments to the Sealed Declaration of Jamie Robertson ("Robertson Declaration"). Plaintiff will serve the unredacted versions of Elixir Agreement and its amendments on Defendant.

Dated: December 30, 2024

COOLEY LLP
MAZDA K. ANTIA

By: */s/ Mazda K. Antia*
       Mazda K. Antia

Attorneys for Plaintiff MedImpact