COOLEY LLP
MAZDA K. ANTIA (214963)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
110 N. Wacker Dr. suite 4200
Chicago, Illinois 60606-1511
Telephone: +1 312 881-6598
Facsimile: +1 312 881-6500

Attorneys for Plaintiff MEDIMPACT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MEDIMPACT HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MHA LONG-TERM CARE NETWORK, INC., <br><br> Defendants. | Case No. 24-cv-2482-DMS-VET <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; NOTICE OF APPLICATION** <br><br> Date: <br> Judge: Hon. Dana M. Sabraw |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff MedImpact Healthcare Systems, Inc. ("MedImpact") hereby applies *ex parte* to the Court pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order enjoining and restraining Defendants MHA Long-Term Care Network, Inc. ("MHA" or "Defendant") from unlawfully terminating the April 13, 2005 Participating Pharmacy Services Agreement between MHA and Rx Options, Inc. nka Elixir Rx Solutions, LLC, which was acquired by MedImpact in February

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1   PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION; NOTICE OF APPLICATION

2024 ("Elixir Agreement"); and requests the setting of an Order to Show Cause hearing as to why the Court should not enter a further preliminary injunction granting the same relief.

MHA served a purported Notice of Termination asserting that it would cease providing pharmacy services under the Elixir Agreement after December 31, 2024. This unlawful early-termination would result in immediate and irreparable harm, including: (1) harm to patients in long-term care facilities contracted with MedImpact who could lose access to live-saving medication; (2) harm to MedImpact which will lose its clients and business because MedImpact will not be able to provide a long-term care pharmacy network as it is required to do under its contracts with its health benefit plan sponsor clients; (3) harm to MedImpact's brand and reputation, as patients and care facilities will perceive MedImpact as an inconsistent and unreliable network; and (4) damage to MedImpact's competitive position in the market. This Application, if granted, will preserve the status quo between the Parties, protect vulnerable members of the public, and allow time for the Parties to adjudicate a motion for preliminary injunction and the merits of the dispute.

Counsel for MedImpact advised Defendant and its counsel of the date and substance of this Application via email on December 30, 2024 at approximately 12:38 pm PT. Notice could not be given prior to that time because the Parties were actively engaged in discussions to avoid MHA's improper termination of the Elixir Agreement and it was not clear that a deal would not be reached that would have avoided this filing until MHA responded to MedImpact's December 27, 2024 email at 9:35 am PT on December 30, 2024 confirming that MHA would not delay its termination of the Elixir Agreement to allow the Parties to complete their negotiations. Counsel for MedImpact was not informed whether Defendants would oppose this Application by the time of its filing.[1]

---

[1] MedImpact intends to serve a copy of this Application and accompanying papers by e-mail to counsel at Frier Levitt who have been representing MHA in its negotiations with MedImpact.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2   PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION; NOTICE OF APPLICATION

This Application is made on the grounds set forth in the accompanying Memorandum of Points and Authorities in Support; the Declaration of Amy Karfeld, the Declaration of Dave Halter; the Declaration of James H. Rollinson; all pleadings and papers filed in this action; the argument of counsel; and any further evidence the Court may consider at or before a hearing regarding this Application or the hearing regarding an Order to Show Cause and issue a Preliminary Injunction requested herein.

Dated:       December 30, 2024

COOLEY LLP
MAZDA K. ANTIA

By: */s/ Mazda K. Antia*
    Mazda K. Antia

Attorneys for Plaintiff MedImpact Healthcare Systems, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3   PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; NOTICE OF APPLICATION