COOLEY LLP
MAZDA K. ANTIA (214963)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
110 N. Wacker Dr. suite 4200
Chicago, Illinois 60606-1511
Telephone: +1 312 881-6598
Facsimile: +1 312 881-6500

Attorneys for Plaintiff MEDIMPACT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MHA LONG-TERM CARE NETWORK, INC., <br><br> Defendants. | Case No. 24-cv-2482-DMS-VET <br><br> **PROOF OF SERVICE** <br><br> Judge: Hon. Dana M. Sabraw |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

PROOF OF SERVICE
24-CV-2482-DMS-VET

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 10265 Science Center Drive, San Diego, California 92121-1117. On the date set forth below I served the documents described below in the manner described below:

1. Complaint;

2. Civil Case Cover Sheet;

3. Corporate Disclosure Statement;

4. Summons – Issued;

5. Plaintiff's Notice of Motion and Motion to Seal Exhibits to the Declaration of Amy Karfeld in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order;

6. Plaintiff's Mem. ISO Motion to Seal Exhibits to the Declaration of Amy Karfeld in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order;

7. Declaration of Jamie Robertson in Support of Plaintiff's Motion to Seal with Exhibits A, B and C to the Karfeld Declaration filed Under Seal (Dkt 5);

8. Declaration of David Halter in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction and Motion to File Under Seal;

9. Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

10. Memorandum of Points and Authorities in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction;

11. Declaration of Amy Karfeld in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction; and

12. Declaration of James H. Rollinson in Support of Plaintiff's Ex Parte Application

for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Steven Bennet  
Email: SBennet@frierlevitt.com

Conor R. McCabe  
Email: cmccabe@frierlevitt.com

*Counsel for Defendant*

Executed on December 30, 2024, at San Diego, California.

*Cynthia E. Hourani*
_____
Cynthia E. Hourani